ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIGNIFY HOLDING B.V.,

    Plaintiff,

v.

    Civil No. 1:23-cv-00042-LLS

MEGA SYSTEMS INC.,

    Defendant.

### [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

In accordance with Federal Rule of Civil Procedure 68, the parties respectfully request that the Court enter judgment as set forth herein. Defendant Mega Systems Inc. ("Defendant") has offered by notice in writing to permit judgment for the sum of US $500,000.00 (Five Hundred Thousand Dollars), inclusive of costs, for amounts owed by Defendant through the end of the year 2023. Plaintiff Signify Holding B.V. ("Plaintiff") has accepted Defendant's offer of judgment. The offer and notice of acceptance together with proof of service have been filed with the Court.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff have judgment against Defendant in the sum of US $500,000.00 (Five Hundred Thousand Dollars), inclusive of costs. The Judgment of US $500,000.00 shall be paid by Defendant by wire to Plaintiff on or before April 11, 2024.

DATED THIS 10th DAY OF April, 2024

_____
Judge Louis L. Stanton
United States District Judge